[No. 11255-1-III. Division Three. April 16, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. HERIBERTO MONTOYA-DEL REAL, *Appellant*.

Appeal from a judgment of the Superior Court for Okanogan County, No. 89-1-00111-8, James R. Thomas, J., entered December 11, 1990. *Reversed* and *dismissed* by unpublished opinion per Shields, C.J., concurred in by Thompson and Sweeney, JJ.

[Nos. 13126-9-II; 13243-5-II. Division Two. April 17, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS STEVEN LEE, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 89-1-00452-6, J. Dean Morgan, J., entered August 3, 1989, and appeal from a judgment of the Superior Court for Cowlitz County, No. 89-1-00072-2, Don L. McCulloch, J., entered April 6, 1989. *Affirmed* by unpublished opinion per Alexander, J., concurred in by Worswick, J. Pro Tem., Petrich, C.J., dissenting.

[No. 13339-3-II. Division Two. April 17, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. GREGORY A. TAUFER, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 89-1-00076-8, James B. Sawyer II, J., entered September 13, 1989. *Affirmed in part* and *vacated in part* by unpublished opinion per Petrich, C.J., concurred in by Morgan, J., and Reed, J. Pro Tem.